UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JONATHAN CAHILL,
    Plaintiff,

v.

HYATT CORPORATION, et al.
    Defendants.

No. C 12-0028 MEJ

**ORDER RE: TELEPHONIC MEDIATION**

Date: June 11, 2012
Evaluator: Jamie Dupree

    IT IS HEREBY ORDERED that the request to excuse defendant CCHH Burlingame LLC from personal attendance at the June 11, 2012, mediation session before Jamie Dupree is GRANTED.

    IT IS SO ORDERED.

May 29, 2012
Dated

By: _____
Judge Donna M. Ryu
United States Magistrate Judge

GRANTED