FOLGER LEVIN LLP
Susan Ansberry (CSB No. 121300) sansberry@folgerlevin.com
199 Fremont Street, 23rd Floor
San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendants Hyatt
Corporation and CCHH Burlingame LLC

LAW OFFICES OF GEORGE DUESDIEKER
George Duesdieker (CSB No. 95505) george@duesdieker.com
405 El Camino Real, #107
Menlo Park, CA 94025
Telephone: 650.566.9529
Facsimile: 650.618.1844

Attorneys for Plaintiff
Jonathan Cahill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CAHILL,<br><br>          Plaintiff,<br><br>     v.<br><br>HYATT CORPORATION, DBA HYATT REGENCY SAN FRANCISCO AIRPORT AS AGENT OF CCHH BURLINGAME, LLC, and Doe 1 through Doe 10,<br><br>          Defendants. | Case No. 12-00028-MEJ<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |

FOLGER LEVIN LLP
ATTORNEYS AT LAW

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER; CASE NO. 12-00028-MEJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice. Each party will bear its own costs and fees.

| Dated: June 13, 2012 | Dated: June 19, 2012 |
|---|---|
| FOLGER LEVIN LLP | LAW OFFICES OF GEORGE DUESDIEKER |
| /s/ Susan Ansberry | /s/ George Duesdieker |
| Susan Ansberry<br>Attorneys for Defendants Hyatt<br>Corporation and CCHH Burlingame LLC | George Duesdieker<br>Attorneys for Plaintiff<br>Jonathan Cahill |

### [PROPOSED] ORDER

It is so ORDERED.

Dated: June 20, 2012

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

777069.1

FOLGER LEVIN LLP
ATTORNEYS AT LAW

-2-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER ; CASE NO. 12-00028-MEJ