1  FOLGER LEVIN LLP
   Susan Ansberry (CSB No. 121300)  sansberry@folgerlevin.com
2  199 Fremont Street, 23rd Floor
   San Francisco, CA  94105
3  Telephone: 415.625.1050
   Facsimile: 415.625.1091
4
   Attorneys for Defendants Hyatt
5  Corporation and CCHH Burlingame LLC

6  LAW OFFICES OF GEORGE DUESDIEKER
   George Duesdieker (CSB No. 95505) george@duesdieker.com
7  405 El Camino Real, #107
   Menlo Park, CA  94025
8  Telephone: 650.566.9529
   Facsimile: 650.618.1844
9
   Attorneys for Plaintiff
10 Jonathan Cahill

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 JONATHAN CAHILL,                      | Case No. 12-00028-MEJ
14        Plaintiff,                     | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [~~PROPOSED~~] ORDER**
15    v.
16 HYATT CORPORATION, DBA HYATT REGENCY SAN FRANCISCO AIRPORT AS AGENT OF CCHH BURLINGAME, LLC, and Doe 1 through Doe 10,
17
18
          Defendants.
19

FOLGER LEVIN LLP
ATTORNEYS AT LAW

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER; CASE NO. 12-00028-MEJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice.  Each party will bear its own costs and fees.

| Dated:  June 13, 2012 | Dated:  June 19, 2012 |
|---|---|
| FOLGER LEVIN LLP | LAW OFFICES OF GEORGE DUESDIEKER |
| */s/ Susan Ansberry* | */s/ George Duesdieker* |
| Susan Ansberry<br>Attorneys for Defendants Hyatt<br>Corporation and CCHH Burlingame LLC | George Duesdieker<br>Attorneys for Plaintiff<br>Jonathan Cahill |

## [PROPOSED] ORDER

It is so ORDERED.

Dated:  __June 20__ , 2012

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

777069.1